IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 SEP 15 A 10: 12

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CHARLES A. PEARSON #182691 )
Full name and prison number )
of plaintiff(s) )
)
v. )
)   CIVIL ACTION NO. 2:06-CV-828-MEF
ELLEN BROOKS )   (To be supplied by Clerk of
)   U.S. District Court)
SCOTT GREEN )
)
CPL. K.L. BYRD )
)
CPL. C.G. GRUHN )
)
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below.  (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____NONE_____

         Defendant(s) _____

      2. Court (if federal court, name the district; if
         state court, name the county) ____NONE____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Kilby Correctional Facility**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Montgomery Police Department - Detective Division, Mont. Co. Circuit Court**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
1. **ELLEN BROOKS 100 So. Lawrence St. Mont, Ala. 36104**
2. **SCOTT GREEN 100 So. Lawrence St. Mont, Ala. 36104**
3. **CPL. K.L. BYRD 320 N. Ripley St. Mont, Ala. 36104-2725**
4. **CPL. C.G. GRUHN 320 N. Ripley St. Mont, Ala. 36104-2725**
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **Oct. 03 2005 and June 28, 2006**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **ILLEGAL ARREST BY THE DEFENDANT'S K.L. BYRD AND C.G. GRUHN**

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.) ON OCTOBER 3, 2005, THE PLAINTIFF WAS ARRESTED ILLEGALLY BY THE DEFENDANTS. THE DEFENDANTS ACTED WRONGFULLY IN VIOLATION OF CLEARLY ESTABLISHED STATUTORY AND CONSTITUTIONAL RIGHT'S OF THE PLAINTIFF AND UNDER COLOR OF STATE LAW.

GROUND TWO: ON JUNE 28, 2006, THE PLAINTIFF WAS PROSECUTED MALICIOUSLY BY THE STATE.

SUPPORTING FACTS: ON JUNE 28, 2006, THE STATE OBTAINED A CONVICTION PURSUANT THE USE OF ILLEGAL EVIDENCE. THE STATE ACTED IN VIOLATION OF CLEARLY ESTABLISHED STATUTORY AND CONSTITUTIONAL RIGHTS OF THE PLAINTIFF AND WHILE ACTING UNDER COLOR OF STATE LAW.

GROUND THREE: ON JULY 27, 2006, THE RECIEVED AN ILLEGAL SENTENCE. FALSE IMPRISONMENT.

SUPPORTING FACTS: ON JULY 27, 2006, THE SENTENCE IMPOSED BY THE COURT IS ILLEGAL. AS A RESULT OF EVIDENCE USED TO OBTAIN THE CONVICTION, THE PLAINTIFF IS DEPRIVED OF PROPERTY, HOME AND FREEDOM. THE PLAINTIFF'S INCARCERATION IS UNCONSTITUTIONAL. THE DEFENDANTS COMMITTED THESES ACTS UNDER THE COLOR OF STATE LAW.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*THE PLAINTIFF SEEKS AN ORDER FROM THE COURT, MONETARY DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF PURSUANT TO UNLAWFUL IMPRISONMENT.*

*Charles A. Pearson Jr.*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 9/14/06
(Date)

*Charles A. Pearson Jr.*
Signature of plaintiff(s)