AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **ALABAMA**

RECEIVED
2006 SEP 15 A 10: 12

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:06-CV-828-MEF ~~CC-06-132-TSM~~

I, **CHARLES A. PEARSON**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Kilby Corr Facility**

   Are you employed at the institution? **NO**   Do you receive any payment from the institution? **NO**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. **NONE**

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. **INDUSTRIAL STAFFING, TEMPORARY JOB - $75.00 A DAY LOCATED ON SO. HULL ST.**

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

   NONE

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONE

I declare under penalty of perjury that the above information is true and correct.

9/14/06
Date

Charles A. Pearson Jr.
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

CHARLES A. PEARSON #182691 )
_____ )
_____ )
_____ )
      Plaintiff(s) )
)
v. )
)
ELLEN BROOKS_____ )
SCOTT GREEN_____ )
CPL. K.L. BURD_____ )
CPL. C.G. GRUHN_____ )
      Defendant(s) )

**MOTION TO PROCEED *IN FORMA PAUPERIS***

Plaintiff(s) __CHARLES A. PEARSON JR.__

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Charles A. Pearson Jr. II 182691_
Plaintiff(s) signature

```
RESIDENT RECEIVABLE REPORT                                                              Page 1 of 2

Montgomery County Jail
08/28/06 10:33
ST 002 / OPR YR


Booking Number       : 16271
Resident Name        : PEARSON, CHARLES ANTHONY
Time Frame           : 11/23/2005 15:17 - 08/28/2006 10:33


--------------------------------------------------------------------------------------------------
 Date         Time    Receivable         Transaction Type                    Amount   OPR    Receipt #
--------------------------------------------------------------------------------------------------

12/08/2005   11:19   Dr. Visit          Receivable Charge                     10.00   yr     B61857
02/15/2006   09:40   Dr. Visit          Receivable Charge                     10.00   yr     C120944
02/15/2006   09:40   Dr. Visit          Receivable Payment-Resident            6.00   yr     C120944
04/19/2006   10:36   Dr. Visit          Receivable Charge                     10.00   yr     B64531
07/25/2006   09:52   Dr. Visit          Receivable Charge                     10.00   yr     B68640
07/25/2006   09:52   Dr. Visit          Receivable Payment-Resident            1.92   yr     B68640

12/14/2005   12:32   Indigent           Receivable Payment-Resident            8.00   yr     B62095
01/23/2006   10:10   Indigent           Order-Swanson-Indigent                 3.00   edg    C119623
01/23/2006   10:10   Indigent           Receivable Payment-Resident            0.69   edg    C119624
01/26/2006   13:14   Indigent           Order-Swanson-Indigent                 3.00   srmJW  A47788
01/30/2006   09:00   Indigent           Order-Swanson-Indigent                 3.00   edg    A48021
02/02/2006   09:57   Indigent           Order-Swanson-Indigent                 3.00   edg    A48261
02/06/2006   10:02   Indigent           Order-Swanson-Indigent                 3.00   edg    A48502
02/09/2006   10:23   Indigent           Order-Swanson-Indigent                 3.00   edg    A48767
02/13/2006   09:44   Indigent           Order-Swanson-Indigent                 3.00   edg    A49023
02/14/2006   15:07   Indigent           Receivable Payment-Resident           10.00   yr     C120915
03/23/2006   10:13   Indigent           Order-Swanson-Indigent                 3.00   jcb    A51858
03/23/2006   10:13   Indigent           Receivable Payment-Resident            0.06   jcb    A51859
03/27/2006   09:20   Indigent           Order-Swanson-Indigent                 3.00   mgmcl  A52099
03/30/2006   09:30   Indigent           Order-Swanson-Indigent                 3.00   mgmcl  A52372
04/03/2006   08:54   Indigent           Order-Swanson-Indigent                 3.00   mgmcl  A52619
04/06/2006   09:05   Indigent           Order-Swanson-Indigent                 3.00   mgmcl  A52838
04/10/2006   09:17   Indigent           Order-Swanson-Indigent                 3.00   mgmcl  A53087
04/13/2006   08:55   Indigent           Order-Swanson-Indigent                 3.00   mgmcl  A53408
04/17/2006   08:39   Indigent           Credit-Swanson-Indigent                3.00   JD     B64471
04/17/2006   08:43   Indigent           Order-Swanson-Indigent                 3.00   mgmcl  A53624
04/20/2006   09:14   Indigent           Order-Swanson-Indigent                 3.00   mgmcl  A53869
04/24/2006   08:34   Indigent           Order-Swanson-Indigent                 3.00   mgmcl  A54150
04/27/2006   09:49   Indigent           Order-Swanson-Indigent                 3.00   jcb    A54380
05/01/2006   10:39   Indigent           Order-Swanson-Indigent                 3.00   JD     A54602
05/04/2006   08:49   Indigent           Order-Swanson-Indigent                 3.00   JD     A54861
05/08/2006   09:28   Indigent           Order-Swanson-Indigent                 3.00   JD     A55105
05/11/2006   08:46   Indigent           Order-Swanson-Indigent                 3.00   JD     A55339
05/15/2006   08:47   Indigent           Order-Swanson-Indigent                 3.00   JD     A55582
05/18/2006   08:40   Indigent           Order-Swanson-Indigent                 3.00   JD     A55872
05/25/2006   08:20   Indigent           Order-Swanson-Indigent                 3.00   JD     A56310
06/01/2006   08:32   Indigent           Order-Swanson-Indigent                 3.00   JD     A56520
06/02/2006   13:05   Indigent           Receivable Payment-Resident           12.00   VT     C125524
06/09/2006   09:36   Indigent           Receivable Payment-Resident            8.00   yr     C125842
06/26/2006   10:12   Indigent           Receivable Payment-Resident            0.97   yr     C126601
07/07/2006   15:31   Indigent           Receivable Payment-Resident            4.22   yr     C127171
07/21/2006   09:49   Indigent           Receivable Payment-Resident            8.00   pdh    C127764
08/04/2006   10:29   Indigent           Receivable Payment-Resident            3.66   yr     C128456
08/04/2006   10:29   Indigent           Receivable Payment-Resident            6.00   yr     C128458
08/28/2006   08:23   Indigent           Receivable Payment-Resident            7.08   VT     C129400

12/08/2005   11:19   Prescription       Receivable Charge                      3.00   yr     B61857
02/15/2006   09:40   Prescription       Receivable Charge                      3.00   yr     C120944
04/06/2006   12:25   Prescription       Receivable Charge                      3.00   yr     C123114
04/19/2006   10:36   Prescription       Receivable Charge                      3.00   yr     B64531
07/25/2006   09:52   Prescription       Receivable Charge                      3.00   yr     B68640

07/07/2006   08:48   copy               Receivable Charge                      2.00   yr     C127078
07/07/2006   08:48   copy               Receivable Payment-Resident            0.22   yr     C127078
07/07/2006   15:31   copy               Receivable Payment-Resident            1.78   yr     C127171
08/03/2006   13:25   copy               Receivable Charge                      1.50   yr     C128386
08/03/2006   13:25   copy               Receivable Payment-Resident            1.16   yr     C128386
```

```
RESIDENT RECEIVABLE REPORT                                                              Page 2 of 2

Montgomery County Jail
08/28/06 10:33
ST 002 / OPR YR

Booking Number         : 16271
Resident Name          : PEARSON, CHARLES ANTHONY
Time Frame             : 11/23/2005 15:17 - 08/28/2006 10:33

------------------------------------------------------------------------------------------------
  Date       Time    Receivable            Transaction Type                  Amount  OPR   Receipt #
------------------------------------------------------------------------------------------------

08/04/2006 10:29    copy                   Receivable Payment-Resident         0.34  yr    C128456
08/17/2006 14:25    copy                   Receivable Charge                   1.75  yr    B70444
08/17/2006 14:25    copy                   Receivable Payment-Resident         0.83  yr    B70444
08/28/2006 08:23    copy                   Receivable Payment-Resident         0.92  VT    C129400
```