IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. PEARSON, #182691, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-828-MEF |
| | ) |
| ELLEN BROOKS, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the motion to amend filed by the plaintiff on September 26, 2006 (Court Doc. No. 6), in which the plaintiff lists Sgt. Johnson as a defendant, and as the document fails to set forth any claims against this individual, it is

ORDERED that the motion to amend be and is hereby DENIED to the extent that the plaintiff seeks to add Sgt. Johnson as a defendant.

DONE, this 29th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE