SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Shirley Bell_                        ☐ Agent
                                        ☐ Addressee
B. Received by ( Printed Name)    C. Date of Delivery

1. Article Addressed to:

K. L. Byrd
0 N. Ripley Street
ontgomery, AL 36104-2722

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

06cv828
96 at amd to
order cmp

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

9/26 Order + amd to cmp.

2. Article Number
   (Transfer from service label)

7005 1820 0002 3461 6371

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540