■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Stephanie L. Bell_  ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Cpl C.G. Gruhn
320 N. Ripley Street
Montgomery, AL 36104-2722

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3461 6388

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540