October 2, 2006

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

RECEIVED
2006 OCT -3 A 9:48

2:06CV828

Re: Transfer to Another Facility

To: Office of The Clerk,

In regards of this letter, to inform you that I been transfer to St. Clair Correction Facility. Be-Cause it was told for me to let you know a change of Address. I am no longer at Kilby Corrections Facility. So please send all legal mail concerning my interest to my case that is pending in the United States District Court.

Respectfully Submitted
Charles A. Pearson Jr.
Mr. Charles A. Pearson
182691 (G-1-A-111)
St. Clair Corr. Facility
100 St. Clair Road
Springville, Ala. 35146-5582