In the U.S. District Court
for the Middle District
of Alabama

Charles A. Pearson #182611,

v.

K. L. Byrd, et al

RECEIVED
2006 NOV 29 A 9:40

 P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:06-CV-828-MEF

## Motion for Joinder of Persons Needed for Just Adjudication

Comes now the Plaintiff, pro-se, and moves this honorable court with the above styled action pursuant to Rule 19 F.R.Civ.P.

1.) This Plaintiff is proceeding pro-se with limited resources and no legal training.

2.) There are several police officers involved in this case and only recently has the identity of persons with involvement been discovered.

3.) It is proper to add as defendants the following persons whom have direct knowledge and involvement in this instant case;

(A) Benjamin Harrison who is employed as a detective with the Montgomery, Alabama Police Department.

(B) Don K. Corkran who is employed as a police officer with the Montgomery, Alabama Police Department.

(c) Gary Reardon who is employed as a police officer with the Montgomery, Alabama Police Department.

Plaintiff would interject it is necessary to allow this joinder for judicial economy and to avoid multiple law suits.

## Certificate of Service

I hereby certify that the above and foregoing has been served upon Clerk, U.S.D.C., P.O. Box 711, Montgomery, Al. 36130 and Kimberly O. Fehl, 103 N. Perry St., P.O. Box 1111, Montgomery, Al. 36101-1111 by U.S. Mail.

Done this 25 day of November 2006

Charles A. Pearson pro-se
Charles A. Pearson #182691
1000 St. Clair Rd.
Springville, Al. 35146-5582