In the District Court of the
United States for the middle District
of Alabama

Charles A. Pearson

v.

K.L. Byrd, et al

RECEIVED
2006 NOV 29 A 9:40
P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:06-CV-828-MEF

## Motion for Extension

The Plaintiff, pro-se respectfully moves this honorable court for an extension of time in which to comply with this court's 7 November 2006 order directing Plaintiff to file a response on or before 27 November 2006.

## Certificate of Service

I hereby certify that the above and foregoing has been served upon Clerk, U.S.D.C., P.O. Box 711, Montgomery, Al. 36130 and Kimberly O. Fehl, 103 N. Perry St., P.O. Box 1111, Montgomery, Al. 36101-1111 by U.S. Mail.

Done this 28 day of November 2006

Charles A. Pearson  pro-se

Charles A. Pearson #182691
1000 St. Clair Rd.
Springville, Al. 35146-5582