IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. PEARSON, #182691, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-828-CSC |
| | ) |
| K. L. BYRD, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and as the court has granted an amendment to the complaint necessitating additional responses from the defendants, it is

ORDERED that:

1. The order entered on November 7, 2006 requiring that the plaintiff file a response to the special report filed by defendants Byrd and Gruhn (Court Doc. No. 15) be and is hereby VACATED.

2. The motion for continuance filed by the plaintiff on November 29, 2006 (Court Doc. No. 17) be and is hereby DENIED as such action is not warranted at this time.

3. The motion for extension of time filed by the plaintiff on November 29, 2006 (Court Doc. No. 19) be and is hereby DENIED as moot.

Done this 30th day of November, 2006.

　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE