Case 2:06-cv-00828-CSC    Document 22    Filed 12/04/2006    Page 1 of 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>~~Attach this card to the back of the mailpiece,~~ | A. Signature<br>X *A.M. Pilgreen* ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name) \| C. Date of Delivery |

K. Corkran
gomery  Police Department
J. Ripley Street
gomery, AL 36104-2722

Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)          7005 1820 0002 3461 0652

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540