UNITED STATES DISTRICT COURT 
MIDDLE DISTRICT OF ALABAMA

Charles A. Pearson,
Plaintiff-Petitioner,
Pro-Se,

vs.                                Case No. 2:06-cv-00828-CSC

K. L. Byrd, et al.,
Defendants-Respondents.


## MOTION FOR APPOINTMENT OF COUNSEL

Comes now Charles A. Pearson, pro-se, in the above entitled matter and respectfully moves this Honorable Court to appoint him counsel in this matter for the following good cause:

Petitioner is confined at a State Prison, St. Clair Correctional facility, located in Springville, Alabama. This facility is a maximum security prison with limited and controlled movement. Petitioner-Plaintiff is a layman at law and has a valid claim presented to this Honorable Court. Should this Court grant counsel in this matter, counsel can present to this Court that Petitioner-Plaintiff suffers from mental abnormalities rendering him incapable of representing himself effectively or even minimally in this matter.

Appointment of counsel would not only aid this Petitioner-Plaintiff but would also aid this Court in its

1

decisional process because the issues would be effectively presented and appointment of counsel would not prejudice the Defendants-Respondents.

**WHEREFORE, PREMISES CONSIDERED,** based upon the foregoing pleadings, appointment of counsel is necessary in this matter to prevent a fundamental miscarriage of justice.

Respectfully Submitted,

*/s/ Charles A. Pearson Jr.*
Charles A. Person,
Petitioner-Plaintiff, pro-se.

### CERTIFICATE OF SERVICE

I hereby certify that I have this 13th day of February, 2007, served a copy of the foregoing upon the Defendants-Respondents by placing a same in the U.S. Mail, first class, postage prepaid and properly addressed.

*/s/ Charles A. Pearson Jr.*
Charles A. Pearson #182691
Cell No. H01086A
1000 St. Clair Road
Springville, AL.
35146-5582

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

2007 FEB 14 A 9:18

Charles A. Pearson,
Plaintiff-Petitioner,
Pro-Se,

vs.                                 Case No. 2:06-cv-00828-CSC

K. L. Byrd, et al.,
Defendants-Respondents.

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now Charles A. Pearson, pro-se, in the above entitled matter and respectfully moves this Honorable Court to appoint him counsel in this matter for the following good cause:

Petitioner is confined at a State Prison, St. Clair Correctional facility, located in Springville, Alabama. This facility is a maximum security prison with limited and controlled movement. Petitioner-Plaintiff is a layman at law and has a valid claim presented to this Honorable Court. Should this Court grant counsel in this matter, counsel can present to this Court that Petitioner-Plaintiff suffers from mental abnormalities rendering him incapable of representing himself effectively or even minimally in this matter.

Appointment of counsel would not only aid this Petitioner-Plaintiff but would also aid this Court in its

1

decisional process because the issues would be effectively presented and appointment of counsel would not prejudice the Defendants-Respondents.

**WHEREFORE, PREMISES CONSIDERED,** based upon the foregoing pleadings, appointment of counsel is necessary in this matter to prevent a fundamental miscarriage of justice.

Respectfully Submitted,

Charles A. Person,
Petitioner-Plaintiff, pro-se.

## CERTIFICATE OF SERVICE

I hereby certify that I have this 13th day of February, 2007, served a copy of the foregoing upon the Defendants-Respondents by placing a same in the U.S. Mail, first class, postage prepaid and properly addressed.

Charles A. Pearson #182691
Cell No. H01086A
1000 St. Clair Road
Springville, AL.
35146-5582

Charles A. Pearson #182691
Cell No. H01086A
1000 St. Clair Road
Springville, AL.
35146-5582

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

BIRMINGHAM AL 352
13 FEB 2007 PM 4 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL.
36101-0711

36101+0711