IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR -1  A 9: 20

..BRA P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Charles A. Pearson,
    Plaintiff,

v.                              Case No. 2:06-CV-828-MEF

K. L. Byrd, et al.,
    Defendants.


**MOTION FOR EXTENSION OF TIME**

Comes now the Plaintiff, pro-se, and moves this Honorable Court for an extension of time to file his response as required by ORDER of this Honorable Court and as reasons for this request shows as follows:

Plaintiff has been transferred from the institution from were he originally filed this action and all his documents have not caught up with him. On transfer from one prison to another it is required that some of an inmates property be mailed home. This is some type of Department of Corrections (DOC) policy styled as "security measures". An inmate does not have any say or possess any power to disagree with DOC

1

policy. In addition, the inmates who were originally helping Plaintiff are at the other institution he transferred from and Plaintiff needs time to establish help from new inmates unfamiliar with his case.

Plaintiff respectfully asserts that a grant of an additional 30 days to file his response would not prejudice the defendants in this matter and would aid this honorable Court in its decisional process.

Based upon the reasons asserted plaintiff respectfully request that this Honorable Court grant Plaintiff an additional 30 days to file his response.

Respectfully Submitted,

*Charles Pearson*

Charles A. Pearson,
Plaintiff, pro-se

## CERTIFICATE OF SERVICE

I hereby certify that I have this 26TH day of February, 2007, served a copy of the foregoing upon the Defendants by placing same in the U.S. Mail, first class, postage prepaid and properly addressed.

*Charles Pearson*

Charles A. Pearson #182691
1000 St. Clair Road
Springville, AL.
35146-5582

2

BIRMINGHAM AL 352
28 FEB 2007 PM 2 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL.
36101-0711

Charles Pearson # 182691
Hol086A
1000 St. Clair Road
Springville, AL.
35146-5582

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the content of the enclosed communication.

36101+0711