IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES A. PEARSON, #182691, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-828-CSC |
| | ) | |
| K. L. BYRD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the motion for extension of time filed by the plaintiff on March 1, 2007 (Court Doc. No. 29), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from February 28, 2007 to and including March 30, 2007 to file a response to the defendants' written reports in compliance with the directives of the order entered on January 10, 2007 (Court Doc. No. 25).

Done this 1st day of March, 2007.

　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE