IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. PEARSON, #182691, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-828-CSC |
| ) | |
| K. L. BYRD, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to strike response filed by the defendants on April 26, 2007 (Court Doc. No. 33), and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The defendants are advised that upon disposition of the issues raised by the plaintiff the court will assign weight and credibility to the evidentiary materials submitted by the plaintiff in accordance with applicable procedural rules.

Done this 27th day of April, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE