IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES A. PEARSON, AIS 182691** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:06-CV-828-MEF |
| ) | |
| **K.L. BYRD, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF APPEARANCE FOR DEFENDANTS

**COMES NOW** Allison H. Highley and notices this Honorable Court that she hereby enters her appearance on behalf of the Defendants in the above-styled action.

Respectfully submitted this 4th day of June, 2007.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Associate City Attorney

**OF COUNSEL:**
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

### CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2007, I sent a copy of the foregoing Notice of Appearance to the Plaintiff via U.S. mail, first-class postage pre-paid to: Charles A. Pearson, Jr., AIS 182691 (H01-086A), St. Clair Correctional Facility, 1000 St. Clair Road, Springville, Alabama 35146-5582.

/s/ Allison H. Highley
Allison H. Highley (HIG024)