**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **CHARLES A. PEARSON, AIS 182691,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-CV-828-MEF |
| ) | |
| **K. L. BYRD** and **C. G. Gruhn,** ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' WITNESS LIST

**COME NOW** Defendants, and submit the following names of potential witnesses to be called in the trial of the above styled matter:

The following witnesses are expected to be called at trial:

1. Kevin Byrd;

2. Christopher Gruhn;

3. Benjamin Harrison; and

4. Todd Wheeler.

The following witnesses may be called if necessary:

5. Don Corkran;

6. Gary Reardon;

7. Guy Naquin;

8. Kenneth Bolling;

9. Howard Sisson;

10. All witnesses identified on Plaintiff's Witness List;

11. Any witnesses necessary for rebuttal;

12. Any witnesses necessary for impeachment;

13. Any witnesses hereafter discovered;

Defendants reserve the right to amend this witness list to the extent allowable by the Court if necessary.

Respectfully submitted this 4th day of September, 2007.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Associate City Attorney

**OF COUNSEL:**
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2007, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to:

Charles A. Pearson, Jr.
AIS 182691 (H01-086A)
St. Clair Correctional Facility
1000 St. Clair Road
Springville, Alabama 35146-5582.

/s/ Allison H. Highley
Allison H. Highley (HIG024)