```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000318
Cashier ID: cstrecke
Transaction Date: 09/05/2007
Payer Name: ST CLAIR CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: CHARLES PEARSON
 Case/Party: D-ALM-2-06-CV-000828-001
 Amount:         $28.00
-----------------------------------
CHECK
 Remitter: ST CLAIR CORRECTIONAL FAC
 Check/Money Order Num: 36575
 Amt Tendered:   $28.00
-----------------------------------
Total Due:       $28.00
Total Tendered:  $28.00
Change Amt:       $0.00

DALM206CV000828-MEF
CHARLES PEARSON
```