IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 SEP 10 A 9:30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RICHARD WAYNE WRIGHT, Sr., *
  Plaintiff, Pro Se,           *
    -vs-                       * Civil Action No.
Sylvester Nettles, et. al.     * 2:05 CV-439-WHA
  Defendants.                  *

## Plaintiff's Motion For A Extention of Time

Comes Now, Plaintiff Richard Wayne Wright Sr., Pro Se, in the above Cause and through ~~by~~ and by the Easterling Correctional Facility Law Library and files this request for a sixty (60) day extention of time to file an objection to the Recommendation of the Chief United States Magistrate Judge "Mr. Charles S. Coody" Which was passed down on the 29th day of August 2007 and starting as follows:

(1) Plaintiff Wright request's such extention of time to clarify to this Honorable Court (the reason's)

Page 1 of

Why certain evidence (segregation logging records, 'Dr.' Reports, etc). is essential and should be admissible at trial, supporting Plaintiff Wright's Claims of Constitutional Violations. Plaintiff Wright requested pertinent information/evidence by and through Court order(s), but were denied such evidence through and by plaintiff Wright motions, pleadings and responses, which would better (have shown) this Honorable Court sufficient evidence to oppose defendants motions for Summary Judgement. The Evidentiary material plaintiff requested through said motions pleadings, response and affidavits were and are needed to go beyond this Honorable Court viewing of plaintiff Wright's Claims as "Conclusory Allegations" and specify facts showing there are geniune issues for trial to the trier of facts. This Honorable Court has specifically indicated plaintiff must go beyond the

Page 2 of

pleadings, etc. pointing out specific 'Facts' showing that there was and are genuine issues for trial, specified in plaintiff Wright's pleading, etc. and such requested time is needed to do so.

2). This Honorable Court sends its recommendation suggesting plaintiff Wright's pleadings, motion, responses affidavits and all supporting evidentiary material plaintiff Wright were able to submit ([absent] of a Court order placed upon defendants to submit) requested documentation, Failed to make a showing sufficient to establish the existence of an element essential to plaintiff Claims rendering all other facts immaterial. Such reccomendation (Court Doc. No. 213) places plaintiff Wright as the non moving party bearing a deeper burden of proof. This honorable Court through its liberal interpretation labeling plaintiff whole Civil Suit as "Factual inferences"

Page 3 of

returns its recommendation in favor of defendants. Thus far, this Honorable Court has interperted plaintiff Wright pleadings as rambling and difficult to characterize or quanify in legal terms and by this honorable Court Consolidating and Catagorizing the defendants while Collectively Consolidating plaintiff Wrights Claims against defendants by Classes effects the process due unto plaintiff. Thus, this Honorable Court treating defendants Special reports, motions and evidentiary material as motions for Summary Judgement deems improper, to be granted as such. Plaintiff Wright needs feasible time to properly prepare his objection's because the records of this Case taken as a whole/Classes makes void geniune issues for trial.

   3). Prison officials (6) at Easterling Correctional Facility only permits inmates to be issued

(12) Sheets of typing paper and 2 envelopes per week, per inmate. Plaintiff responsibility to satisfy this Honorable Court order(s) requires that he submit copies of all documents to the defendants or defendant's Counselors in which he submit to this Honorable Court. Plaintiff makes this gracious plea to this Court to grant plaintiff Wright time to please the Court.

4). Plaintiff Wright only has an average of 2 ½ hours per week day (Tuesday's thur Friday's) and an average of Four (4) hours on Saturday's (Sundays optional) places even more difficulties upon plaintiff Wright to research i.e. Case law, Rules, Statutes, etc.) Coupled with this institutions claims of Security shortage often prevent plaintiff access to the Law Library, thus far neccessitating additional time for plaintiff Wright to properly object timely.

Page 5 of

5). Plaintiff further ask if this Honorable Court deems this motion inappropiate to grant plaintiff motion requesting Sixty (60) days extention, plaintiff hopes this Honorable Court will afford plaintiff a reasonable amount of "extention of Time" (beyond September 11, 2007) to file his objection

6) An extent of Sixty (60) days would not unduly prejudice the defendants or defendents Counselors.

WHEREFORE, Plaintiff Wright request an extention of Sixty (60) days from today's date in order to furnish this Honorable Court and defendents Counselors the aforementioned written objection;

Respectfully Submitted this the 5th day of September, 2007.

_Richard W. Wright Sr. Bey_
Richard Wayne Wright Sr. Bey

Page 6 of

Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

## Certificate of Service

This is to certify that I Richard Wayne Wright Sr. Bey am the plaintiff, Pro-Se., in the above encaptioned motion and certify I have sent a copy of this motion to the following defendant's Counselors:

Gregory F. Yaghmai
ASB-2411-H67G
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar #ASB 5949-S615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Parole
Post Office Box 302405

Page 7 of

Montgomery Alabama 36130

Plaintiff Wright Further Certify I have Sent this Motion to the Clerk of this Court and earnestly ask due to plaintiff indigent Status that this Honorable Court and/or Clerk Forward a Copy of this said motion Plaintiff Wright Motion For extention of Time" to the defendant's Counselors as Follows:

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB 4265-L72L)
Douglas B. Hargett (ASB 9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Correction
   Legal Division
301 Ripley Street
Montgomery, Alabama 36130

Page 8 of

Plaintiff Placed this motion in the United States mail box at Easterling Correctional Facility with First Class postage (Stamp) prepaid and properly address" this on the 5th day of September, 2007

Respectfully Submitted,

*Richard W. Wright Jr. Bey*
Richard W. Wright Jr. Bey #187140

Richard Wrights Bey #181140
EASTERLING CORRECTIONAL FACILITY Dorm C-2
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL 361
07 SEP 2007 PM 1 T

Officer of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."