# STATEMENTS OF WITNESS

1.) DR. MARCIAL J. MENDEZ - Dr. Mendez can testifie to the Bruises & wounds from the taser Gun and the Knot on the back of my head. Also I told Dr. Mendez who cause these Abuses.

2.) Michael White - He can witness the sence on Mildred St. of the Excessive Force was happen INSIDE the Police Car IN the back seat and when I was first hit with the taser when everything occur Behind the Police Car too.

3.) Desmond Payne - He can witness Also from the sence what the police officer Did to me when I was Already IN handcuff and Shackle and IN the back seat of the Police Car too.

4.) Terry Howard - Can witness of what he seen at the Police Station, when he took pictures of my wrists, Chest, Stomach, and the Knot IN the back of my head.

TURN OVER

5.) Dorothy Howard - Can witness of my wounds and scars, to my wrists and the knot in the back of my head.

| State of Alabama Unified Judicial System | SUMMONS -CIVIL- | Case Number |
|---|---|---|
| Form C-34    Rev 6/88 | | |

IN THE _United States Middle District_ COURT OF _Montgomery_ COUNTY

Plaintiff _Charles A. Pearson_ — v. Defendant _Marcial J. Mendez M.D._

NOTICE TO _Marcial J. Mendez M.D., 320 N. Ripley St. Montgomery, AL 36130_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Charles A. Pearson (Pro-Se)_ WHOSE ADDRESS IS _1200 St. Clair Rd, Springville, Alabama - 35146_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _20_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    _____ By: _____
                   Clerk/Register

[ ] Certified Mail is hereby requested.    _Charles A. Pearson_
                                            Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

[ ] Return receipt of certified mail received in this office on _____ (Date)

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____    Server's Signature _____

Address of Server _____    Type of Process Server _____

| State of Alabama<br>Unified Judicial System<br>Form C-34    Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number |
|---|---|---|

IN THE _United States Middle District_ COURT OF _Montgomery_ COUNTY

Plaintiff _Charles A. Pearson_ v. Defendant _Michael White_

NOTICE TO _Michael White, 636 Mildred St., Montgomery, AL-36104_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Charles A. Pearson (Pro-Se)_ WHOSE ADDRESS IS _1000 St. Clair Rd., Springville, AL-35146_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____  _____ By: _____
                                Clerk/Register

☐ Certified Mail is hereby requested.    _Charles A. Pearson_
                                          Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____    Server's Signature _____

Address of Server _____    Type of Process Server _____

| State of Alabama<br>Unified Judicial System<br>Form C-34    Rev 6/88 | **SUMMONS**<br>**-CIVIL-** | Case Number |
|---|---|---|

IN THE _United States District Court_ COURT OF _Montgomery_ COUNTY

Plaintiff _Charles A. Pearson_ v. Defendant _Desmond Payne_

NOTICE TO _Desmond Payne, 539 S. Holt St. Montgomery, Al - 36104_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Charles Pearson (Pro-Se)_ WHOSE ADDRESS IS _1000 St. Clair Rd, Springville, Alabama - 35146_.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    _____ By: _____
                                Clerk/Register

☐ Certified Mail is hereby requested.    _Charles A. Pearson_
                                         Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____    Server's Signature _____

Address of Server _____    Type of Process Server _____

| State of Alabama Unified Judicial System | SUMMONS -CIVIL- | Case Number |
|---|---|---|
| Form C-34   Rev 6/88 | | |

IN THE _Middle District_ COURT OF _Montgomery_ COUNTY

Plaintiff _Charles A. Pearson_ v. Defendant _Terry Howard_

NOTICE TO _Terry Howard, P.O. Box 162, Hope Hull, Alabama - 36043_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Charles A. Pearson, (Pro Se)_ WHOSE ADDRESS IS _1000 St. Clair Rd, Springville, Alabama - 35146_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _20_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    _____ By: _____
                        Clerk/Register

☐ Certified Mail is hereby requested.    x_Charles A. Pearson_
                                          Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____    Server's Signature _____

Address of Server _____    Type of Process Server _____

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number |
|---|---|---|

IN THE _United States Middle District_ COURT OF _Montgomery_ COUNTY

Plaintiff _Charles A. Pearson_ v. Defendant _Dorothy Howard_

NOTICE TO _Dorothy Howard, P.O. Box 162, Hope Hill, Alabama 36043_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Charles A. Pearson (Pro-Se)_ WHOSE ADDRESS IS _____

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _20_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    _____ By: _____
                                          Clerk/Register

☐ Certified Mail is hereby requested.    _Charles A. Pearson_
                                          Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____    Server's Signature _____

Address of Server _____    Type of Process Server _____



Charles A. Erickson #152691
St. Clair Correctional Facility (H101-Bed A)
1000 St. Clair Rd.
Springville, Ala. 35146

Office of the Clerk
United States District Court
Post Box 711
Montgomery, Ala. 36101-0711

36101307111 B007