IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. PEARSON, #182691, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-828-CSC |
| | ) |
| K. L. BYRD, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

This cause is presently set for a jury trial on September 24, 2007, at 10:00 a.m. in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. Upon review of the witness list filed by the plaintiff on September 10, 2007 (Court Doc. No. 40), the Clerk of this court is hereby DIRECTED to issue subpoenas to the following for the above described jury trial:

>Dr. Marcial J. Mendez
>320 N. Ripley Street
>Montgomery, Alabama 36130
>
>Michael White
>636 Mildred Street
>Montgomery, Alabama 36104
>
>Desmond Payne
>539 S. Holt Street
>Montgomery, Alabama 36104
>
>Terry Howard
>P.O. Box 162
>Hope Hull, Alabama 36043

        Dorothy Howard
        P.O. Box 162
        Hope Hull, Alabama 36043

It is further ORDERED that the United States Marshal execute and serve the necessary process herein cited above.[1]

Done this 12th day of September, 2007.


        /s/ Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] As noted in the court's May 7, 2007 *Memorandum Opinion and Order Setting the Jury Trial* (Court Doc. No. 35), "[w]hether a witness is subpoenaed by a pauper or not, Rule 45(c), requires that [the] subpoena must be accompanied by an attendance fee ($40 per day), a subsistence fee ($99 per day) if overnight stay is required, and actual expenses of common carrier or mileage ([48 cents] per mile each way), or it need not be obeyed. The witness will be so informed by the subpoena. It is the responsibility of the party requesting the subpoena to provide that money to the clerk's office for tender with the subpoena." The Clerk shall prominently and clearly display this information on each subpoena issued in accordance with this order.