IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES A. PEARSON, | ) | |
| AIS # 182691, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv828-CSC |
| | ) | |
| K.L. BYRD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For good cause, it is

ORDERED that a status and scheduling conference be and is hereby set on September 18, 2007, at 9:30 a.m. This proceeding shall be conducted by telephone conference. The defendants shall set up the telephone conference. The persons with custody of the plaintiff shall make him available for this conference.

Done this 12th day of September, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE