IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. PEARSON,<br>AIS # 182691,<br><br>    Plaintiff,<br><br>v.<br><br>K.L. BYRD, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 2:06cv828-CSC<br>)<br>)<br>)<br>) |

**ORDER**

For good cause, it is

ORDERED that this court's September 12, 2007, order (Doc. No. 41) be and is hereby VACATED.

Done this 12th day of September, 2007.

          /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE