IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES A. PEARSON, | ) | |
| AIS # 182691, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv828-CSC |
| | ) | |
| K.L. BYRD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For good cause, it is

ORDERED as follows:

(1)  The jury trial presently set on September 24, 2007, be and is hereby RESET to December 10, 2007, at 10:00 a.m. in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2)  On or before October 9, 2007, the plaintiff may file a supplement to his April 18, 2007 response to the defendants' written report (Doc. No. 31).

Done this 20th day of September, 2007.

　　　　　　　　　　　　　　　　  /s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE