```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000632
Cashier ID: khaynes
Transaction Date: 10/03/2007
Payer Name: ST CLAIR CORR FACILITY
----------------------------------
PLRA CIVIL FILING FEE
 For: CHARLES PEARSON
 Case/Party: D-ALM-2-06-CV-000828-001
 Amount:       $28.00
----------------------------------
CHECK
 Check/Money Order Num: 36703
 Amt Tendered:  $28.00
----------------------------------
Total Due:      $28.00
Total Tendered: $28.00
Change Amt:     $0.00
```