```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001045
Cashier ID: brobinso
Transaction Date: 11/02/2007
Payer Name: ST CLAIR CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: CHARLES PEARSON
 Case/Party: D-ALM-2-06-CV-000828-001
 Amount:         $28.00
-----------------------------------
CHECK
 Check/Money Order Num: 36859
 Amt Tendered:  $28.00
-----------------------------------
Total Due:      $28.00
Total Tendered: $28.00
Change Amt:     $0.00
```