In The United States District Court for The Middle District of Alabama, Northern Division

Charles A. Pearson,
   Plaintiff,

Vs.

K.L. Byrd, et. al.,
   Defendants,

Civil Action No. 2:06 CV-828-CSC

RECEIVED
2007 NOV 15 A 9:58
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion For Response To Supplement Order
By Magistrate Judge Charles Coody September 20, 2007;

Comes now the plaintiff Charles A. Pearson, and respectfully moves this Honorable Court pursuant to the Order set out by Magistrate Judge Charles Coody. The plaintiff filed his Supplement on the Court and Defendants on September 26, 2007, but still no response has been given by the Defendants to this Supplement. The actions that the Defendants are displaying within this Civil Action, shows that there is a Default of Judgement. The plaintiff cannot properly prepare a defense for this Supplement, because the defendants are with-holding exculpatory evidence in this cause. This Civil Action has been set for trial December 10, 2007, but the defendant's are not complying with the procedures that govern this Civil Action. The plaintiff prays that this Honorable Court will issue an Order for the Defendants to respond to the Supplement, otherwise, there will be a miscarriage in Justice.

Done this 13th day of November 2007;

Respectfully Submitted,
Charles A. Pearson

1-of-1

## Certificate of Service

I hereby certify that a copy of the foregoing has been served on all parties, by placing a copy of the same in the United States Mail, postage prepaid and addressed to the following;

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama - 36101-0711

City of Montgomery Legal Department
Kimberly O. Fehl
103 N. Perry St.
Montgomery, Alabama - 36104

Done this 13th day of November 2007;

Respectfully Submitted,
Charles A. Pearson

Mr. Charles A. Pearson #182691-H-87-A
St. Clair Corr. Facility
1000 St. Clair Rd.
Springville, Alabama 35146

BIRMINGHAM AL 350
14 NOV 2007 PM 4 L



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101307H