IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. PEARSON,<br>AIS # 182691,<br><br>    Plaintiff,<br><br>v.<br><br>K.L. BYRD, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 2:06cv828-CSC<br>)<br>)<br>)<br>) |

**ORDER**

For good cause, it is

ORDERED that this matter be and is hereby set for a status and scheduling conference on November 30, 2007, at 11:00 a.m. This proceeding shall be conducted by telephone conference. The defendants shall set up the telephone conference. The persons with custody of the plaintiff shall make him available for this conference.

Done this 26th day of November, 2007.

                                               /s/Charles S. Coody
                                             CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE