```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001374
Cashier ID: cstrecke
Transaction Date: 12/04/2007
Payer Name: ST CLAIR CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CHARLES PEARSON
 Case/Party: D-ALM-2-06-CV-000828-001
 Amount:         $40.00
------------------------------------
CHECK
 Remitter: ST CLAIR CO CORR FAC
 Check/Money Order Num: 37001
 Amt Tendered:  $40.00
------------------------------------
Total Due:      $40.00
Total Tendered: $40.00
Change Amt:     $0.00

DALM206CV000828-MEF

ST CLAIR CO CORR FACILITY
```