IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES A. PEARSON
AIS #182691
Plaintiff,

v.                                      Civil Action No. 2:06-CV-828-CSC

K. L. BYRD, ET AL,
Defendants.

## APPOINTMENT OF COUNSEL

COMES NOW, CHARLES A. PEARSON (PRO-SE) the Plaintiff in the 42 U.S.C. § 1983 Action, In the above-styled action, by and through himself, and respectfully request that this Honorable Court, APPOINT COUNSEL for the plaintiff in this action, Pursuant to the Rules of FEDERAL and Civil Court Procedures, 2007. AND due to the fact that the Plaintiff's claims for Relief are complex. Plaintiff is also incapable of presenting the Necessary elements on his own, of his claim to this court. Which will demonstrate that exceptional circumstances Justifying Appointment of Counsel.

DONE this the 9th DAY of DECEMBER 2007.

RESPECTFULLY SUBMITTED,

Charles A. Pearson
Kilby Corr. Fac., P.O. B. 150
Mt. Meigs, AL 36057

## CERTIFICATE OF SERVICE

I CHARLES A. PEARSON (PRO-SE) do hereby certify that a copy of the foregoing: APPOINTMENT OF COUNSEL has been served upon the Clerk of the Courts, for the District Court of the United States, for the Middle District of ALABAMA. By placing said same in the U.S. Mail properly addressed and postage prepaid, this the 9th Day of DECEMBER 2007.

Charles A. Pearson, A.I.S. 182691,
Kilby Corr. Fac. (A-21-A)
P.O. Box 150
Mt. Meigs, AL 36057



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711