IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES A. PEARSON, AIS 182691,** )<br>     Plaintiff, )<br> ) <br>v. ) <br> ) <br>**KEVIN BYRD**, **CHRISTOPHER** ) <br>**GRUHN, BENJAMIN HARRISON,** ) <br>**DAN CORKRAN, GARY REARDON** ) <br>     Defendants. ) | Case No. 2:06-CV-828-MEF |

**CONFLICT DISCLOSURE STATEMENT**

**COME NOW** Kevin Byrd, Christopher Gruhn, Benjamin Harrison, Dan Corkran, and Gary Reardon, defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Kevin Byrd, Christopher Gruhn, Benjamin Harrison, Dan Corkran, and Gary Reardon are individuals. There are no reportable entities for these parties.

Respectfully submitted this 27th day of December, 2007.

                              /s/ Allison H. Highley
                              Allison H. Highley (HIG024)
                              Counsel for Defendants Kevin Byrd,
                              Christopher Gruhn, Benjamin Harrison, Dan
                              Corkran, and Gary Reardon

OF COUNSEL:
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone

CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, I sent a true and correct copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to:

Charles A. Pearson, Jr., AIS 182691
Kilby Correctional Facility
Post Office Box 150
Mt. Meigs, Alabama 36057

/s/ Allison H. Highley
Allison H. Highley (HIG024)