```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003729
Cashier ID: khaynes
Transaction Date: 02/05/2008
Payer Name: ST CLAIR CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
  For: CHARLES A PEARSON
  Case/Party: D-ALM-2-06-CV-000828-001
  Amount:         $36.25
-----------------------------------
CHECK
  Check/Money Order Num: 37257
  Amt Tendered:  $36.25
-----------------------------------
Total Due:      $36.25
Total Tendered: $36.25
Change Amt:     $0.00
```