In The United States District Court For The Middle District Of Alabama, Northern Division

Charles A. Pearson #182691
    Plaintiff,

Vs.

Kevin Byrd, Christopher Gruhn, Benjamin Harrison, Dan Corkran, Gary Reardon,
    Defendants,

Case No. 2:06-CV-828-MEF

2008 FEB 26  A 9:54
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion To Submit Subpoena's For Trial Hearing

Comes now the Plaintiff Charles A. Pearson, and respectfully submits these Civil Summons to request that these individuals be subpoenaed for trial June 2008; The Plaintiff has recently submitted these Subpoena's to the Court for trial that was set off in December 2007, and has been re-set for June 2008.

Wherefore premisis considered, the Plaintiff prays that this Honorable Court will serve the Civil Summons upon the requested individuals to be serve, otherwise, there will be a miscarriage in Justice.

Done this 22nd day of February 2008;

Respectfully Submitted,
Charles A. Pearson

1.

## Certificate of Service

I hereby certify that a copy of the foregoing has been served on all interested parties by placing a copy of the same in the United States Mail, postage prepaid and addressed to the following;

Clerk of United States District
Court Middle District, Northern Division
P.O. Box 711
Montgomery, Alabama - 36101-0711


Counsel Allison H. Highley
Montgomery Legal Division
Post Office Box 1111
Montgomery, Alabama - 36101-1111

Respectfully Submitted,
Charles A. Pearson

Mr. Charles A. Pearson - #182691 -A-14
St. Clair Corr. Facility
1000 St. Clair Rd.
Springville, Alabama - 35146

Clerk
For
/
Mo,

From an Alabama ... have not been ... Department of Corrections is not responsible for the substance or content of the enclosed communication.

3610130711 B007

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number |
|---|---|---|

IN THE _United States District_ COURT OF _Montgomery_ COUNTY

Plaintiff _Charles A. Pearson Et.Al._ v. Defendant _Dr. Marcial J. Mendez_

NOTICE TO _Dr. Marcial J. Mendez, 320 N. Ripley Street, Montgomery, Al.-36130_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Charles A. Pearson - Pro-Se_ WHOSE ADDRESS IS _1000 St. Clair Rd., Springville, Alabama-35146_.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    _____ By: _____
                          Clerk/Register

[ ] Certified Mail is hereby requested.    _Charles A. Pearson - Pro-Se_
                                           Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

[ ] Return receipt of certified mail received in this office on _____ (Date)

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____    Server's Signature _____

Address of Server _____    Type of Process Server _____

| State of Alabama<br>Unified Judicial System | SUMMONS<br>-CIVIL- | Case Number |
|---|---|---|
| Form C-34    Rev 6/88 | | |

IN THE _United States District_ COURT OF _Montgomery_ COUNTY

Plaintiff _Charles A. Pearson Et. Al._ v. Defendant _Michael White Et. al._

NOTICE TO _Michael White, 636 Mildred Street, Montgomery, AL - 36104_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Charles A. Pearson - Pro Se_ WHOSE ADDRESS IS _1000 St. Clair Rd, Springville, Alabama - 35146_.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    _____ By: _____
                                 Clerk/Register

[ ] Certified Mail is hereby requested.        _Charles A. Pearson Pro-Se_
                                                Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

[ ] Return receipt of certified mail received in this office on _____ (Date)

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____    Server's Signature _____

Address of Server _____    Type of Process Server _____

| State of Alabama Unified Judicial System | SUMMONS -CIVIL- | Case Number |
|---|---|---|
| Form C-34  Rev 6/88 | | |

IN THE _United States District_ COURT OF _Montgomery_ COUNTY

Plaintiff _Charles A. Pearson et. al._ v. Defendant _Desmond Payne et. al._

NOTICE TO _Desmond Payne, 539 S. Holt Street, Montgomery, Al-36104_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Charles A. Pearson Pro-Se_ WHOSE ADDRESS IS _1000 St. Clair Rd. Springville AL-35146_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____     _____ Clerk/Register     By: _____

[ ] Certified Mail is hereby requested.

_Charles A. Pearson Pro-Se_
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

[ ] Return receipt of certified mail received in this office on _____ (Date)

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____     Server's Signature _____

Address of Server _____     Type of Process Server _____

| State of Alabama Unified Judicial System | SUMMONS -CIVIL- | Case Number |
|---|---|---|
| Form C-34    Rev 6/88 | | |

IN THE _United States District_ COURT OF _Montgomery_ COUNTY

Plaintiff _Charles A. Pearson Et.al._ v. Defendant _Terry Howard Et.al._

NOTICE TO _Terry Howard, P.O. Box 162, Hope Hull, Alabama - 36043_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Charles A. Pearson - Pro-Se_ WHOSE ADDRESS IS _1000 St. Clair Rd., Springville, Alabama - 35146_.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    _____ By: _____
                        Clerk/Register

[ ] Certified Mail is hereby requested.

_Charles A. Pearson Pro-Se_
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

[ ] Return receipt of certified mail received in this office on _____ (Date)

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____    Server's Signature _____

Address of Server _____    Type of Process Server _____

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | **SUMMONS**<br>**-CIVIL-** | Case Number |
|---|---|---|

IN THE _United States District_ COURT OF _Montgomery_ COUNTY

Plaintiff _Charles A. Pearson Et. al._ v. Defendant _Terry Williams Et. al._

NOTICE TO _Terry Williams, 627 Bullock St., Montgomery, AL-36104_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Charles A. Pearson -Pro-Se_ WHOSE ADDRESS IS _1000 St. Clair Rd., Springville, Alabama-35146_.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    _____ By: _____
                         Clerk/Register

[ ] Certified Mail is hereby requested.

_Charles A. Pearson -Pro-Se_
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

[ ] Return receipt of certified mail received in this office on _____ (Date)

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____    Server's Signature _____

Address of Server _____    Type of Process Server _____

| State of Alabama Unified Judicial System | SUMMONS -CIVIL- | Case Number |
|---|---|---|
| Form C-34   Rev 6/88 | | |

IN THE _United States District_ COURT OF _Montgomery_ COUNTY

Plaintiff _Charles A. Pearson et.al._ v. Defendant _Douglas C. Freeman et.al._

NOTICE TO _Douglas C. Freeman, 5281 Vaghn Road, Montgomery, Al. 36116_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Charles A. Pearson - Pro-Se_ WHOSE ADDRESS IS _1000 St. Clair Rd., Springville, Alabama - 35146_.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____   _____ By: _____
            Clerk/Register

[ ] Certified Mail is hereby requested.

_Charles A. Pearson_
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

[ ] Return receipt of certified mail received in this office on _____ (Date)

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____   Server's Signature _____

Address of Server _____   Type of Process Server _____

| State of Alabama Unified Judicial System | SUMMONS -CIVIL- | Case Number |
|---|---|---|
| Form C-34   Rev 6/88 | | |

IN THE _United States District_ COURT OF _Montgomery_ COUNTY

Plaintiff _Charles A. Pearson Et._ v. Defendant _Billy Smith Et. al._

NOTICE TO _Billy Smith, 207 Montgomery St., Suite 222, Mont, Al. 36104_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Charles A. Pearson - Pro-Se_ WHOSE ADDRESS IS _1000 St. Clair Rd, Springville, Alabama - 35746_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____  _____ By: _____
                       Clerk/Register

[ ] Certified Mail is hereby requested.

_Charles A. Pearson_
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

[ ] Return receipt of certified mail received in this office on _____ (Date)

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____   Server's Signature _____

Address of Server _____   Type of Process Server _____

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number |
|---|---|---|

IN THE _United States District_ COURT OF _Montgomery_ COUNTY

Plaintiff _Charles A. Pearson Et. Al._ v. Defendant _Betty M. Boswell Et. al._

NOTICE TO _Betty M. Boswell, 595 Haardt Rd., Montgomery, AL - 36105_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Charles A. Pearson - Pro-Se_ WHOSE ADDRESS IS _1000 St. Clair Rd., Springville, Alabama - 35146_.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    _____ By: _____
                               Clerk/Register

☐ Certified Mail is hereby requested.

_Charles A. Pearson_
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____    Server's Signature _____

Address of Server _____    Type of Process Server _____