IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES A. PEARSON, #182691, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-828-CSC |
| | ) | |
| K. L. BYRD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the motion to submit subpoenas filed by the plaintiff on February 26, 2008 (Court Doc. No. 65), and for good cause, it is

ORDERED that on or before March 12, 2008 the plaintiff shall file a supplement to this motion which contains a brief statement of the expected testimony of each witness as required by the directives of the order entered on December 4, 2007 (Court Doc. No. 54). The plaintiff is advised that he must "be specific in stating the witnesses' expected testimony, because if their testimony is not material or is simply repetitive the court may in its discretion decline to order the subpoena of the witness." *Order of December 4, 2007 - Court Doc. No. 54* at 2.

Done this 26th day of February, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE