In The United States Middle District Of Alabama

Charles A. Pearson, #18269
    Petitioner,

Vs.

K. D. Byrd, et al.,
    Defendants,

Case No.: 2:06-CV-828-CSC

RECEIVED
2008 MAR
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Plaintiff's Response For A Supplemental Of A Brief Statement Of Testimony Of Each Witness

(1) Michael White - was there on the scene when officers was commencing to beat me behind the patrol car, and also in the back seat of the patrol car;

(2) Desmond Payne - was there on the scene when officers was using excessive force to beat me behind and inside the patrol car;

(3) Terry Williams - was also on the scene when officers started beating and tasing me for no reason, and using brutal excessive force on me behind and inside the patrol car;

(4) Terry Howard - was there to take the pictures of all of the taser bruises, and the marks from the beatings the officers gave me viciously;

(5) Dorothy Howard - was also at the city jail when the pictures were taken of me beaten up by the officers at the scene, and when they beat me at the police station;

1.

(6) Dr. Marcial Mendez- will testify that I was beaten by law enforcement, and that it to two weeks before I could even get medical treatment;

(7) Billy B. Smith- was the hired investigator by the lawyer for the plaintiff, who interviewed all of the people on the scene of the beatings. He also still holds the evidence that was supposed to have been presented at trial about the beatings by Officers Cockran, Reacon, and officer Harrison from the witnesses he interviewed;

(8) Douglas Freeman - will testify to the perjuried statements given by Detective Byrd, Churn, and the evidence of what Mr. Billy Smith investigated from the case;

Done this 11th day of March 2008;

Respectfully Submitted,
Charles A. Pearson

2.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all interested parties, by placing a copy of the same in the United States mail, postage prepaid and addressed to the following;

Clerk of the United States District
Court for the Middle District
P.O. Box 711
Montgomery, Alabama - 36101-0711

Counsel Allison H. Highley
Montgomery Legal Division
Post Office Box 1111
Montgomery, Alabama - 36101-1111

Done this 11th day of March 2008;

Respectfully Submitted,
Charles A. Pearson

3

Charles A. Pearson #182691
St. Clair Corr. Facility (H-III-A)
1000 St. Clair Road
Springville, Ala.
35146

BIRMINGHAM AL 352
18 MAR 2008 PM 1 T

"LET US DO
THINK, S[  ]ITE"
John Ada[ ]
powero[ ]



LOUIS COMFORT TIFFANY

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alab[ama] [Department] of Corrections is not respon[sible] for the substance or content of the [enclosed] communication.

Clerk of the United States District
Court for the Middle District
P.O. Box 711
Montgomery, Ala.
36101-0711

36101+0711