```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004513
Cashier ID: brobinso
Transaction Date: 04/02/2008
Payer Name: ST CLAIR CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CHARLES PEARSON
 Case/Party: D-ALM-2-06-CV-000828-001
 Amount:         $25.00
------------------------------------
CHECK
 Check/Money Order Num: 37543
 Amt Tendered:  $25.00
------------------------------------
Total Due:      $25.00
Total Tendered: $25.00
Change Amt:     $0.00
```