# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES A. PEARSON, AIS 182691,** | ) | Case No. 2:06-CV-828-MEF |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| **K. L. BYRD** and **C. G. GRUHN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

COMES NOW the undersigned Wallace D. Mills and gives notice of his appearance before this Honorable Court as lead attorney for the defendants in the above-entitle action, and respectfully requests that copies of all pleadings and communications be hereafter forwarded to him.

Respectfully submitted this the 16th day of April, 2008.

                                                                                    /s/ Wallace D. Mills
                                                                                    Wallace D. Mills (MIL 090)
                                                                                    Attorney for City of Montgomery

OF COUNSEL:
City of Montgomery Attorney's Office
103 North Perry St., Rm. 200
Montgomery, AL 36104
(334) 241-2050

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2008, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

Charles A. Pearson, Jr.
AIS 182691 (H01-086A)
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL  35146-5582

                                                                             /s/ Wallace D. Mills
                                                                             OF COUNSEL