IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES A. PEARSON**, AIS 182691, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. **2:06-CV-828-CSC** |
| | ) |
| **KEVIN BYRD, CHRISTOPHER GRUHN, BENJAMIN HARRISON, DAN CORKRAN, GARY REARDON** | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Allison H. Highley, of the City of Montgomery Legal Department, hereby withdraws as attorney for Defendants Kevin Byrd, Christopher Gruhn, Benjamin Harrison, Dan Corkran, and Gary Reardon, and that Wallace D. Mills, also with the City of Montgomery, is hereby substituted as counsel for these defendants effective immediately. All future papers, pleadings and correspondence should be served upon Mr. Mills at the address below.

Respectfully submitted this 12th day of May, 2008.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Withdrawing Attorney

/s/ Wallace D. Mills
Wallace D. Mills (MIL090)
Substituting Attorney

**OF COUNSEL**
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2008, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to:

>Charles A. Pearson, Jr., AIS 182691
>St. Clair Correctional Facility
>1000 St. Clair Road
>Springville, Alabama 35146-5582

>/s/ Allison H. Highley
>Allison H. Highley (HIG024)