**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **CHARLES A. PEARSON, AIS 182691,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:06-CV-828 |
| ) | |
| **K. L. BYRD, C.G. GRUHN,** ) | |
| **BENJAMIN HARRISON, DON K.** ) | |
| **CORKRAN, and GARY REARDON,** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANTS' WITNESS LIST**

**COME NOW** Defendants, and submit the following names of potential witnesses to be called in the trial of the above styled matter:

The following witnesses are expected to be called at trial:

1. Kevin Byrd;

2. Christopher Gruhn;

3. Benjamin Harrison;

4. Don Corkran;

5. Gary Reardon;

6. Guy Naquin; and

7. Kenneth Bolling.

The following witnesses may be called if necessary:

8. Lance Gambrel;

9. All witnesses identified on Plaintiff's Witness List;

10. Any witnesses necessary for rebuttal;

11. Any witnesses necessary for impeachment;

12. Any witnesses hereafter discovered;

Defendants reserve the right to amend this witness list to the extent allowable by the Court if necessary.

Respectfully submitted this 3rd day of June, 2008.

/s/ Wallace D. Mills  
Wallace D. Mills (MIL090)  
Assistant City Attorney

**OF COUNSEL:**  
CITY OF MONTGOMERY  
Legal Department  
Post Office Box 1111  
Montgomery, AL 36101-1111  
(334) 241-2050 Telephone  
(334) 241-2310 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to:

Charles A. Pearson, Jr.  
AIS 182691 (H01-086A)  
St. Clair Correctional Facility  
1000 St. Clair Road  
Springville, Alabama 35146-5582.

/s/ Wallace D. Mills  
Wallace D. Mills (MIL090)