IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. PEARSON, AIS 182691, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NUMBER: 2:06-CV-828-MEF |
| | ) |
| K.L. BYRD, et al, | ) |
| | ) |
| Defendants, | ) |

NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, Scott W. Gosnell, and gives notice of his appearance before this Honorable Court as attorney for defendant Christopher G. Gruhn in the above-entitle action, and respectfully requests that copies of all pleadings and communications be hereafter forwarded to him.

Respectfully submitted this the 10th day of June, 2008.

s/ Scott W. Gosnell
SCOTT W. GOSNELL  Bar No. GOS002
CHARLEY A. TUDISCO.  Bar No. TUD001
Attorneys for Defendant Christopher G. Gruhn
TUDISCO & GOSNELL, LLC
1901 Cogswell Avenue, Suite 2
Pell City, Alabama  35125
Telephone: (205) 814-1146
Fax: (205) 338-0934
E-mail: sg@tudiscogosnell.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of June, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participants, **Wallace D. Mills**;

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participant:

Charles A. Pearson, Jr.
AIS 182691 (H01-086A)
St. Clair Correctional Facility
1000 St. Clair Road
Springville, Alabama  35146-5582

                                                s/Scott W. Gosnell
                                                OF COUNSEL