IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES A. PEARSON, AIS 182691,**  ) | Case No. 2:06-CV-828-MEF |
| **Plaintiff,**  ) | |
| ) | |
| v.  ) | MOTION TO WITHDRAW |
| ) | |
| **K. L. BYRD** and **C. G. GRUHN,**  ) | |
| ) | |
| **Defendants.**  ) | |

COMES NOW, Wallace D. Mills, attorney of record for Defendant C.G. Gruhn, and moves this Honorable Court for permission to withdraw as attorney for Defendant Gruhn and as grounds therefore shows as follows:

1. That the City of Montgomery's policy is to provide representation and legal defense to its police officers, but such officers are notified that they have the option of hiring counsel of their own choosing;

2. That Scott Gosnell, Esq. has filed a notice of appearance as counsel of record for Defendant, C.G. Gruhn;

**WHEREFORE, ABOVE PREMISES CONSIDERED**, the undersigned respectively moves this Court for permission to withdraw as counsel for Defendant, C.G. Gruhn.

Respectfully submitted this the 10th day of June, 2008.

Respectfully submitted,

/s/ Wallace D. Mills
WALLACE D. MILLS (MIL090)

**CITY OF MONTGOMERY**
**Legal Department**
Post Office Box 1111
Montgomery, Alabama 36101-1111
(334) 241-2050
(334) 241-2310 – facsimile

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2008, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Scott Gosnell

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

Charles A. Pearson, Jr.
AIS 182691 (H01-086A)
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146-5582

/s/ Wallace D. Mills
OF COUNSEL