IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. PEARSON, #182691, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-828-CSC |
| | ) |
| K. L. BYRD, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On June 10, 2008, a counsel of record for defendant C. G. Gruhn, Wallace D. Mills, filed a motion to withdraw (Court Doc. No. 82) in which he seeks to withdraw from representation of the aforementioned defendant. Upon consideration of the motion to withdraw as counsel, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 11th day of June, 2008.


                /s/ Charles S. Coody
                CHARLES S. COODY
                UNITED STATES MAGISTRATE JUDGE