IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES A. PEARSON, | ) | |
| AIS # 182691, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv828-CSC |
| | ) | (WO) |
| K.L. BYRD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 10, 2008, defendant C.G. Gruhn filed a motion to continue the trial in this case. Upon consideration of the motion, it is

ORDERED that oral argument on this matter be and is hereby set on June 13, 2008, at 8:30 a.m. This proceeding shall be conducted by telephone conference. Counsel for defendant Gruhn shall set up the telephone conference. The persons with custody of the plaintiff shall make him available for this conference.

Done this 11th day of June, 2008.

          /s/Charles S. Coody
          CHARLES S. COODY
          UNITED STATES MAGISTRATE JUDGE