IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. PEARSON,<br>AIS # 182691,<br><br>    Plaintiff,<br><br>    v.<br><br>K.L. BYRD, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 2:06cv828-CSC<br>)<br>)<br>)<br>) |

**ORDER**

Now pending before the court is the June 10, 2008, motion to continue (doc. # 81) filed by defendant Gruhn. Oral argument was held on June 13, 2008. Upon consideration of the motion and argument of the parties, it is

ORDERED that the motion to continue be and is hereby DENIED.

Done this 13th day of June, 2008.

　　　　　　　　　　　　　　　　   /s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE