

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**OFFICE OF THE CLERK**
**POST OFFICE BOX 711**
**MONTGOMERY, ALABAMA 36101-0711**

**DEBRA P. HACKETT, CLERK**                                                                   TELEPHONE (334) 954-3600
**YVONNE GOODLOE, CHIEF DEPUTY CLERK**

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style: <u>Charles A. Pearson v. K.L. Byrd, et al</u>

Case Number: **2:06cv-828-CSC**

Date: **June 17, 2008**

**This Notice of Correction is filed in the above-referenced case in regards to the Notice of Jury List and Juror Profiles for Jury Selection and Trial set for June 23, 2008 (Doc. 87), filed on June 16, 2008.**

**Please be advised that juror questionnaires will be available and provided by the jury administrator on Monday morning, June 23, 2008, not on Friday, June 20, 2008.**