IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES A. PEARSON, | ) | |
| AIS # 182691, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv828-CSC |
| | ) | |
| K.L. BYRD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**VERDICT FORM**

**Do you find from a preponderance of the evidence:**

1. That Defendant Byrd intentionally committed acts that violated the Plaintiff's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest?

    Answer Yes or No          _____No_____

2. That Defendant Byrd's acts were the proximate or legal cause of damages sustained by the Plaintiff?

    Answer Yes or No          _____No_____

    [Note:      If you answered No to either Question No. 1 or Question No. 2, you need not answer Question No. 3 or Question No. 4.]

3. That the Plaintiff should be awarded compensatory damages to compensate for physical as well as emotional pain and mental anguish inflicted by Defendant Byrd in

the amount of

$ _____

4. That Defendant Byrd acted with malice or reckless indifference to the Plaintiff's federally protected rights and that punitive damages should be assessed against Defendant Byrd in the amount of

$ _____

5. That Defendant Gruhn intentionally committed acts that violated the Plaintiff's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest?

Answer Yes or No           No

6. That Defendant Gruhn's acts were the proximate or legal cause of damages sustained by the Plaintiff?

Answer Yes or No           No

[Note: **If you answered No to either Question No. 5 or Question No. 6, you need not answer Question No. 7 or Question No. 8.]**

7. That the Plaintiff should be awarded compensatory damages to compensate for physical as well as emotional pain and mental anguish inflicted by Defendant Gruhn in the amount of

$ _____

8. The Defendant Gruhn acted with malice or with reckless indifference to the

Plaintiff's federally protected rights and that punitive damages should be assessed against Defendant Gruhn in the amount of

$ _____

9. That Defendant Corkran intentionally committed acts that violated the Plaintiff's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest?

Answer Yes or No     _____No_____

10. That Defendant Corkran's acts were the proximate or legal cause of damages sustained by the Plaintiff?

Answer Yes or No     _____No_____

[Note:    **If you answered No to either Question No. 9 or Question No. 10, you need not answer Question No. 11 or Question No. 12.**]

11. That the Plaintiff should be awarded compensatory damages to compensate for physical as well as emotional pain and mental anguish inflicted by Defendant Corkran in the amount of

$ _____

12. That Defendant Corkran acted with malice or with reckless indifference to the Plaintiff's federally protected rights and that punitive damages should be assessed against Defendant Corkran in the amount of

$ _____

13. That Defendant Reardon intentionally committed acts that violated the Plaintiff's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest?

Answer Yes or No    _____No_____

14. That Defendant Reardon's acts were the proximate or legal cause of damages sustained by the Plaintiff?

Answer Yes or No    _____No_____

**[Note:    If you answered No to either Question No. 13 or Question No. 14, you need not answer Question No. 15 or Question No. 16.]**

15. That the Plaintiff should be awarded compensatory damages to compensate for physical as well as emotional pain and mental anguish inflicted by Defendant Reardon in the amount of

$_____

16. That Defendant Reardon acted with malice or with reckless indifference to the Plaintiff's federally protected rights and that punitive damages should be assessed against Defendant Corkran in the amount of

$_____

SO SAY WE ALL    _____

                                Jury Foreperson

Dated this the 24th day of June 2008.