CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005706
Cashier ID: brobinso
Transaction Date: 07/03/2008
Payer Name: ST CLAIR CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CHARLES PEARSON
 Case/Party: D-ALM-2-06-CV-000828-001
 Amount:        $4.75
------------------------------------
CHECK
 Check/Money Order Num: 37970
 Amt Tendered:  $4.75
------------------------------------
Total Due:      $4.75
Total Tendered: $4.75
Change Amt:     $0.00